Braithwaite v City of New York (2023 NY Slip Op 05244)

Braithwaite v City of New York

2023 NY Slip Op 05244

Decided on October 18, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 18, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
FRANCESCA E. CONNOLLY
LARA J. GENOVESI
HELEN VOUTSINAS, JJ.

2021-01651
 (Index No. 502803/18)

[*1]Sandra Braithwaite, etc., respondent, 
v
City of New York, defendant, New York City Transit Authority, et al., appellants.

Anna J. Ervolina, Brooklyn, NY (Timothy J. O'Shaughnessy of counsel), for appellants.

DECISION & ORDER
In an action, inter alia, to recover damages for wrongful death, the defendants New York City Transit Authority and Metropolitan Transit Authority appeal from an order of the Supreme Court, Kings County (Katherine A. Levine, J.), dated February 16, 2021. The order, insofar as appealed from, failed to determine those defendants' cross-motion pursuant to CPLR 3211(a) to dismiss the complaint insofar as asserted against them.
ORDERED that the appeal is dismissed, without costs or disbursements.
We do not reach the arguments of the defendants New York City Transit Authority and Metropolitan Transit Authority regarding their cross-motion pursuant to CPLR 3211(a) to dismiss the complaint insofar as asserted against them. The cross-motion was not addressed in the order appealed from and, therefore, remains pending and undecided (see Katz v Katz , 68 AD2d 536, 543). Accordingly, we dismiss the appeal.
LASALLE, P.J., CONNOLLY, GENOVESI and VOUTSINAS, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court